# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  TIMOTHY L. PICKETT, SR. & LINDA S. PICKETT          Case Number: 05-73968
        14536 WHISPERING WIND WAY          SSN-xxx-xx-9182 & xxx-xx-3629
        SOUTH BELOIT, IL  61080

Case filed on:     8/5/2005
Plan Confirmed on: 9/30/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $52,125.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY PHILIP H HART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | FISHER & FISHER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | LAW OFFICE OF JAMES PHILBRICK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JOHN LEE JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | UNIVERSAL FIDELITY CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TIMOTHY L. PICKETT, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANCE LLC | 82,182.55 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE HOME FINANCE | 11,558.67 | 11,558.67 | 11,558.67 | 0.00 |
| 004 | GENERAL MOTORS ACCEPTANCE CORP | 12,748.69 | 12,748.69 | 12,748.69 | 1,306.43 |
| 005 | GENERAL MOTORS ACCEPTANCE CORP | 10,262.56 | 10,262.56 | 10,262.56 | 1,051.64 |
|  | Total Secured | 116,752.47 | 34,569.92 | 34,569.92 | 2,358.07 |
| 008 | ACCOUNT CONTROL SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | AMERICAN DREAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICAN GENERAL FINANCE | 1,086.91 | 1,086.91 | 347.68 | 0.00 |
| 011 | AMERICAN WORLD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | BYL C-905 | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE BANK (USA) NA | 465.76 | 465.76 | 148.99 | 0.00 |
| 014 | CAPITAL ONE BANK (USA) NA | 4,387.28 | 4,387.28 | 1,403.41 | 0.00 |
| 015 | LVNV FUNDING LLC | 5,364.67 | 5,364.67 | 1,716.05 | 0.00 |
| 016 | CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | COUNTRY DOOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDIT UNION 1 | 3,240.75 | 3,240.75 | 1,036.65 | 0.00 |
| 019 | DISCOVER FINANCIAL SERVICES | 7,822.30 | 7,822.30 | 2,502.20 | 0.00 |
| 020 | GINNY'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MERCHANTS INTERSTATE COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MONROE & MAIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | RESURGENT CAPITAL SERVICES | 3,777.32 | 3,777.32 | 1,208.29 | 0.00 |
| 027 | LVNV FUNDING LLC | 4,746.03 | 4,746.03 | 1,518.16 | 0.00 |
| 028 | LVNV FUNDING LLC | 1,788.87 | 1,788.87 | 572.22 | 0.00 |
| 029 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CAPITAL ONE BANK (USA) NA | 4,048.95 | 4,048.95 | 1,295.18 | 0.00 |
| 032 | CAPITAL ONE BANK (USA) NA | 313.90 | 313.90 | 100.41 | 0.00 |
| 033 | ALLIANCE ONE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 37,042.74 | 37,042.74 | 11,849.24 | 0.00 |
|  | Grand Total: | 153,795.21 | 71,612.66 | 46,419.16 | 2,358.07 |

Total Paid Claimant:      $48,777.23
Trustee Allowance:        $3,347.77
Percent Paid Unsecured:       31.99

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009              By  /s/Heather M. Fagan